## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL WILLIAMS and SONIA WILLIAMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INDIANAPOLIS METROPOLITAN POLICE ) <br> DEPARTMENT, CITY OF INDIANAPOLIS, ) <br> And OFFICER CHRISTOPHER MILLS, ) <br> Individually and in his capacity as a Sworn ) <br> Officer employed by the INDIANAPOLIS ) <br> METROPOLITAN POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-02566-TWP-MJD |

### **PARTIAL MOTION TO DISMISS**

For the reasons explained in the accompanying brief, the Defendants respectfully move the Court to dismiss the following claims with prejudice under Federal Rule of Civil Procedure 12(b)(6):

- All claims against the Indianapolis Metropolitan Police Department.

- Carl Williams's Fourteenth Amendment claim contained within Count One.

- Carl Williams's Fourteenth Amendment *Monell* claim contained within Count Two.

- All of Sonia Williams's purported federal claims contained within Counts One and Two.

- Sonia Williams's claim for assault and battery in Count Three.

- Carl Williams's claim for intentional infliction of emotional distress in Count Four.

- Sonia Williams's claim for intentional infliction of emotion distress in Count Four.

Each of those claims fails as a matter of law and should be dismissed with prejudice. The only claims that should remain for resolution at summary judgment or, if necessary, trial, are Carl Williams's Fourth Amendment claim in Count One, Carl Williams's Fourth Amendment *Monell* claim in Count Two, Carl Williams's state-law assault-and-battery claim in Count Three, and Sonia Williams's claim for loss of consortium under state law contained within Count Three.

          Respectfully submitted,

          /s/ *Anne C. Harrigan*
          Anne C. Harrigan (23601-64)
          Deputy Chief Litigation Counsel
          OFFICE OF CORPORATION COUNSEL
          200 East Washington Street, Room 1601
          Indianapolis, Indiana 46204
          Telephone: (317) 327-4055
          Fax: (317) 327-3968
          E-Mail: anne.harrigan@indy.gov

## **CERTIFICATE OF SERVICE**

  I certify that this document was electronically filed on October 10, 2018. The same day, the following e-filing users were served electronically:

Richard D. Hailey
Mary Beth Ramey
Ramey & Hailey
P.O. Box 40849
Indianapolis, IN 46240
rich@rameyandhaileylaw.com
marybeth@rameyandhaileylaw.com

           /s/ *Anne C. Harrigan*_____
           Anne C. Harrigan (23601-64)
           Deputy Chief Litigation Counsel