UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL WILLIAMS, <br> SONIA WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, <br> CITY OF INDIANAPOLIS, <br> CHRISTOPHER MILLS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:18-cv-02566-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MINUTE ENTRY FOR APRIL 10, 2019**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Monday, May 6, 2019 at 3:15 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 10 APR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.